UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA CALDERON, <br><br> Plaintiff, <br><br> -against- <br><br> SORIN BIRCEA, <br><br> Defendant. | 1:22-CV-7745 (LTS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued October 24, 2022, dismissing this action for lack of subject matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 12, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge